**DISMISSED and Opinion Filed January 10, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-95-01317-CV

## JAMES A. TAYLOR, Appellant

## V.

## JEANNE R. JACOBS TAYLOR, Appellee

On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 94-18882-Y

## OPINION PER CURIAM

Before Justices Kinkeade, James, and FitzGerald

Before this Court is appellant's June 25, 1999 motion to dismiss appeal with prejudice. The motion recites that the parties have reached a comprehensive settlement of all outstanding issues between them, and that appellant no longer desires to prosecute this appeal and seeks an order dismissing this appeal with prejudice and affirming the judgment of the trial court. To date, appellee has not filed a response.

This case was abated on June 16, 1997, due to a federal bankruptcy case being filed involving appellant. Appellant's motion does not address reinstatement of the appeal. On both July 13, 1999, and September 17, 1999, the clerk sent letters to both parties requesting a motion to reinstate and advising them that no action could be taken on the motion to dismiss until the appeal was reinstated.

Neither party responded to the first letter, and appellee's second letter came back marked as undeliverable no forwarding address. Appellant did not respond to the second letter.

Since September 1999, the clerk has made repeated efforts to contact appellant. Recently, the clerk obtained a telephone number for appellant; however, to date appellant has failed to respond to the clerk's messages. The clerk also inquired into the status of the bankruptcy case with the bankruptcy court, and determined that the bankruptcy proceeding involving appellant has been closed.

Accordingly, on its own motion, the Court **REINSTATES** this appeal.

Moreover, appellant's June 25, 1999 motion to dismiss is **GRANTED** in part and **DENIED** in part. As requested, this appeal is **DISMISSED**. *See* TEX. R. APP. P. 42.1(a)(2). All other relief sought is **DENIED**.

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47



# Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

JAMES A. TAYLOR, Appellant

No. 05-95-001317-CV          V.

JEANNE R. JACOBS TAYLOR, Appellee

Appeal from the 330th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 94-18882-Y).

Opinion delivered per curiam before Justices Kinkeade, James and FitzGerald.

Based on this Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellee JEANNE R. JACOBS TAYLOR recover her costs of this appeal from appellant JAMES A. TAYLOR and from American Bankers Insurance Company of Florida as surety on appellant's cost bond.

Judgment entered January 10, 2000.

ED KINKEADE
JUSTICE



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Second Floor
Dallas, Texas 75202-4658

JEANNE R JACOBS TAYLOR
3625 6TH STREET
SACHSE  TX 75048

Case: 05-95-     17-CV